ANNETTE L. HURST (Bar No. 148738)
ELISABETH R. BROWN (Bar No. 234879)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
Email:     Annette.Hurst@HellerEhrman.com
           Elisabeth.Brown@HellerEhrman.com

Attorneys for Plaintiffs GYM-MARK, INC.
and THE GYMBOREE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GYM-MARK, INC. and THE GYMBOREE CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ONLY THE BEST, INC. d/b/a CRAZY SHIRTS,<br><br>Defendant. | Case No.: C 08-00765 VRW<br><br>**MOTION FOR ADMINISTRATIVE RELIEF AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

**MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE CASE MANAGEMENT CONFERENCE**

Pursuant to Local Rule 7-11, Plaintiffs Gym-Mark, Inc. ("Gym-Mark") and The Gymboree Corporation ("Gymboree") (collectively, "Plaintiffs"), by and through their undersigned counsel, Heller Ehrman LLP, hereby move the Court to continue the May 8, 2008 Case Management Conference until July 17, 2008.

Plaintiffs filed the above-captioned lawsuit on February 1, 2008, but have refrained from serving the Complaint on Defendant Only the Best, Inc. ("Defendant") while the parties engage in settlement discussions. *See* Declaration of Elisabeth R. Brown in Support of Motion for Administrative Relief to Continue Case Management Conference ¶ 2. The settlement discussions are ongoing (*id.*), and Federal Rule of Civil Procedure 4(m) gives Plaintiffs until June 2, 2008 to effectuate service. At least by that date, either the

discussions will have resolved the matter or an impasse will result in service. Because Defendant has not yet appeared, Plaintiffs request that the Court continue the May 8, 2008 Case Management Conference until July 17, 2008 at 3:30 p.m., and that all other deadlines be continued accordingly.

DATED: April 17, 2008

Respectfully submitted,
HELLER EHRMAN LLP

By____/s/ *Annette L. Hurst*_____
    Annette L. Hurst

Attorneys for Plaintiffs
Gym-Mark, Inc. and The Gymboree Corporation

## [PROPOSED] ORDER

IT IS SO ORDERED that the Case Management Conference presently scheduled in this matter for May 8, 2008 at 3:30 p.m. be continued until July 17, 2008 at 3:30 p.m.. All other deadlines shall be continued accordingly.

DATED:                                      _____
                                                   THE HONORABLE VAUGHN R. WALKER
                                                   United States District Court Judge

Heller Ehrman LLP

2
**MOTION FOR ADMINISTRATIVE RELIEF AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**
**CASE NO.: C 08-00765 VRW**