ANNETTE L. HURST (Bar No. 148738)
ELISABETH R. BROWN (Bar No. 234879)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
Email:     Annette.Hurst@HellerEhrman.com
           Elisabeth.Brown@HellerEhrman.com

Attorneys for Plaintiffs GYM-MARK, INC.
and THE GYMBOREE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GYM-MARK, INC. and THE GYMBOREE CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ONLY THE BEST, INC. d/b/a CRAZY SHIRTS,<br><br>Defendant. | Case No.: C 08-00765 VRW<br><br>**DECLARATION OF ELISABETH R. BROWN IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE CASE MANAGEMENT CONFERENCE** |

I, Elisabeth R. Brown, declare as follows:

1.     I am an attorney licensed to practice before this Court, I am an associate with the law firm Heller Ehrman LLP, and I am counsel of record for Plaintiffs Gym-Mark, Inc. and The Gymboree Corporation in this action. I make this declaration in support of Plaintiffs Gym-Mark, Inc.'s and The Gymboree Corporation's Motion for Administrative Relief to Continue Case Management Conference. I have personal knowledge of the facts set forth herein, except as indicated, and I could and would testify competently to them if called upon to do so.

2.     Plaintiffs Gym-Mark, Inc. and The Gymboree Corporation filed the above-captioned lawsuit on February 1, 2008, but have refrained from serving the Complaint on

1
**DECLARATION OF ELISABETH R. BROWN IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE CASE MANAGEMENT CONFERENCE**
**CASE NO.: C 08-00765 VRW**

Defendant Only the Best, Inc. ("Defendant") while the parties engage in settlement discussions. The settlement discussions are ongoing.

3. Because Defendant has not yet appeared, Plaintiffs were unable to obtain a stipulation in support of Plaintiffs' Motion for Administrative Relief to Continue Case Management Conference.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 17th day of April 2008 at San Francisco, California.

/s/ *Elisabeth R. Brown*
Elisabeth R. Brown

## ATTESTATION OF E-FILED SIGNATURE

I, Annette L. Hurst, hereby attest that Elisabeth R. Brown has read and approved the Declaration of Elisabeth R. Brown in Support of Motion for Administrative Relief to Continue Case Management Conference.

/s/Annette L. Hurst
Annette L. Hurst

Heller
Ehrman LLP

2
**DECLARATION OF ELISABETH R. BROWN IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO.: C 08-00765 VRW**

SF 1456371 v1
4/17/08 2:21 PM (23714.0082)

Heller Ehrman LLP

3
**DECLARATION OF ELISABETH R. BROWN IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE CASE MANAGEMENT CONFERENCE**
**CASE NO.: C 08-00765 VRW**