ANNETTE L. HURST (Bar No. 148738)
ELISABETH R. BROWN (Bar No. 234879)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
Email:      Annette.Hurst@HellerEhrman.com
            Elisabeth.Brown@HellerEhrman.com

Attorneys for Plaintiffs GYM-MARK, INC.
and THE GYMBOREE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GYM-MARK, INC. and THE GYMBOREE CORPORATION,<br><br>                              Plaintiffs,<br><br>     v.<br><br>ONLY THE BEST, INC. d/b/a CRAZY SHIRTS,<br><br>                              Defendant. | Case No.: C 08-00765 VRW<br><br>**MOTION FOR ADMINISTRATIVE RELIEF AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

### MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE CASE MANAGEMENT CONFERENCE

Pursuant to Local Rule 7-11, Plaintiffs Gym-Mark, Inc. ("Gym-Mark") and The Gymboree Corporation ("Gymboree") (collectively, "Plaintiffs"), by and through their undersigned counsel, Heller Ehrman LLP, hereby move the Court to continue the May 8, 2008 Case Management Conference until July 17, 2008.

Plaintiffs filed the above-captioned lawsuit on February 1, 2008, but have refrained from serving the Complaint on Defendant Only the Best, Inc. ("Defendant") while the parties engage in settlement discussions. *See* Declaration of Elisabeth R. Brown in Support of Motion for Administrative Relief to Continue Case Management Conference ¶ 2. The settlement discussions are ongoing (*id.*), and Federal Rule of Civil Procedure 4(m) gives Plaintiffs until June 2, 2008 to effectuate service. At least by that date, either the

Heller Ehrman LLP

1

**MOTION FOR ADMINISTRATIVE RELIEF AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**
**CASE NO.: C 08-00765 VRW**

1  discussions will have resolved the matter or an impasse will result in service.  Because
2  Defendant has not yet appeared, Plaintiffs request that the Court continue the May 8, 2008
3  Case Management Conference until July 17, 2008 at 3:30 p.m., and that all other deadlines
4  be continued accordingly.

DATED: April 17, 2008                    Respectfully submitted,
                                         HELLER EHRMAN LLP


                                         By____/s/ *Annette L. Hurst*_____
                                            Annette L. Hurst

                                         Attorneys for Plaintiffs
                                         Gym-Mark, Inc. and The Gymboree Corporation


## [~~PROPOSED~~] ORDER

   IT IS SO ORDERED that the Case Management Conference presently scheduled in this matter for May 8, 2008 at 3:30 p.m. be continued until ~~July 17, 2008~~ JUNE 19, 2008 at 3:30 p.m..  All other deadlines shall be continued accordingly.

DATED:  4/22/2008                        _____
                                         THE HONORABLE VAUGHN R. WALKER
                                         United States District Judge

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Vaughn R Walker]*

---

**MOTION FOR ADMINISTRATIVE RELIEF AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**
**CASE NO.: C 08-00765 VRW**

2

Heller Ehrman LLP