ANNETTE L. HURST (Bar No. 148738)
ELISABETH R. BROWN (Bar No. 234879)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
Email:      Annette.Hurst@HellerEhrman.com
            Elisabeth.Brown@HellerEhrman.com

Attorneys for Plaintiffs GYM-MARK, INC.
and THE GYMBOREE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GYM-MARK, INC. and THE GYMBOREE CORPORATION,<br><br>                              Plaintiffs,<br><br>       v.<br><br>ONLY THE BEST, INC. d/b/a CRAZY SHIRTS,<br><br>                              Defendant. | Case No.: C 08-00765 VRW<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41** |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs Gym-Mark, Inc.

("Gym-Mark") and The Gymboree Corporation ("Gymboree") and Defendant Only the

Best, Inc. ("Only the Best"), by and through their respective counsel of record, stipulate

to the following:

Heller
Ehrman LLP

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**
**Case No.: C 08-00765 VRW**

1

2

3      WHEREAS, Plaintiffs Gym-Mark and The Gymboree Corporation and Defendant

4  Only the Best (collectively, "the Parties") have entered a settlement agreement resolving the

5  claims for relief asserted in the above-captioned action;

6      WHEREAS, the Parties agree that this lawsuit should be dismissed without

7

8  prejudice; and

9      WHEREAS, the Parties have agreed and stipulated to the entry of this Order of

10  Dismissal without Prejudice.

11      NOW THEREFORE, the Parties, by and through their counsel of record, agree and

12

13  stipulate that this Order of Dismissal Without Prejudice shall be entered and this case shall be

14  dismissed with prejudice.

15

16  Dated:  June 18, 2008                HELLER EHRMAN LLP

17                                       By:   /s/ Annette L. Hurst

18

19                                       Attorneys for Plaintiffs Gym-Mark, Inc. and The
                                         Gymboree Corporation
20

21  Dated:  May 29, 2008                 Dwyer Schraff Meyer Grant & Green

22

23                                       By:   /s/William G. Meyer, III

24

25                                       Attorneys for Defendant Only the Best, Inc.

26

27

28

Heller
Ehrman LLP

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**
**Case No.: C 08-00765 VRW**

1  IT IS SO ORDERED.

2

3

4  DATED: __June 18, 2008__



5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Heller
Ehrman LLP

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**
**Case No.: C 08-00765 VRW**

1    ATTESTATION OF E-FILED SIGNATURE

2        I, Annette L. Hurst, attest that William G. Meyer, III has read and approved the

3   Stipulation and Order of Dismissal Without Prejudice.  I will maintain records of Mr.

4   Meyer's concurrence in our files that can be made available for inspection upon request.

5

6                            /s/    *Annette L. Hurst*

7                            Annette L. Hurst

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Heller
Ehrman LLP    28

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**
**Case No.: C 08-00765 VRW**