1   ANNETTE L. HURST (Bar No. 148738)
    ELISABETH R. BROWN (Bar No. 234879)
2   HELLER EHRMAN LLP
    333 Bush Street
3   San Francisco, California  94104-2878
    Telephone:  +1.415.772.6000
4   Facsimile:   +1.415.772.6268
    Email:        Annette.Hurst@HellerEhrman.com
5                     Elisabeth.Brown@HellerEhrman.com

6   Attorneys for Plaintiffs GYM-MARK, INC.
    and THE GYMBOREE CORPORATION
7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10  GYM-MARK, INC. and THE GYMBOREE         Case No.: C 08-00765 VRW
    CORPORATION,
11                                          **NOTICE OF ERRATA IN
                                            CONNECTION WITH
12                           Plaintiffs,    STIPULATION AND ORDER OF
                                            DISMISSAL WITHOUT
13        v.                                PREJUDICE PURSUANT TO
                                            FEDERAL RULE OF CIVIL
14  ONLY THE BEST, INC. d/b/a CRAZY         PROCEDURE 41**
    SHIRTS,
15
                             Defendant.
16

17  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

18          PLEASE TAKE NOTICE THAT, due to a typographical error, the final sentence of

19  the Stipulation and Order of Dismissal Without Prejudice Pursuant to Federal Rule of Civil

20  Procedure 41 is incorrect.  (Docket ##7-8 at page 2).  The word "with" incorrectly appears

21  instead of the correct and intended word, "without."  The final sentence of the stipulation

22  should therefore change **from** "NOW THEREFORE, the Parties, by and through their

23  counsel of record, agree and stipulate that this Order of Dismissal Without Prejudice shall

24  be entered and this case shall be dismissed <u>with</u> prejudice" **to** "NOW THEREFORE, the

25  Parties, by and through their counsel of record, agree and stipulate that this Order of

26  Dismissal Without Prejudice shall be entered and this case shall be dismissed <u>without</u>

27  prejudice."  (emphasis added).  A corrected Stipulation and Order of Dismissal Without

28  Prejudice is attached hereto as Exhibit 1.  The holographic signature of counsel for

Heller
Ehrman LLP

**NOTICE OF ERRATA IN CONNECTION WITH STIPULATION AND ORDER OF DISMISSAL
WITHOUT PREJUDICE**
**Case No.: C 08-00765 VRW**

1  Defendant Only the Best approving the Stipulation and Order of Dismissal Without

2  Prejudice is attached hereto as Exhibit 2.

3

4  Dated:  July 11, 2008                          HELLER EHRMAN LLP

5                                                 By:  _/s/ Elisabeth R. Brown_

6

7                                                 Attorneys for Plaintiffs
                                                   Gym-Mark, Inc. and The Gymboree Corporation
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Heller
Ehrman LLP

**NOTICE OF ERRATA IN CONNECTION WITH STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**
**Case No.: C 08-00765 VRW**

1  ANNETTE L. HURST (Bar No. 148738)
   ELISABETH R. BROWN (Bar No. 234879)
2  HELLER EHRMAN LLP
   333 Bush Street
3  San Francisco, California  94104-2878
   Telephone:  +1.415.772.6000
4  Facsimile:   +1.415.772.6268
   Email:       Annette.Hurst@HellerEhrman.com
5                Elisabeth.Brown@HellerEhrman.com

6  Attorneys for Plaintiffs GYM-MARK, INC.
   and THE GYMBOREE CORPORATION
7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10 GYM-MARK, INC. and THE GYMBOREE          Case No.: C 08-00765 VRW
   CORPORATION,
11                                          **STIPULATION AND ORDER OF
                             Plaintiffs,    DISMISSAL WITHOUT
12                                          PREJUDICE PURSUANT TO
                                            FEDERAL RULE OF CIVIL
13        v.                                PROCEDURE 41**

   ONLY THE BEST, INC. d/b/a CRAZY
14 SHIRTS,

15                           Defendant.

16

17        Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs Gym-Mark, Inc.

18 ("Gym-Mark") and The Gymboree Corporation ("Gymboree") and Defendant Only the

19 Best, Inc. ("Only the Best"), by and through their respective counsel of record, stipulate

20 to the following:

21

22

23

24

25

26

27

28

Heller
Ehrman LLP

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**
**Case No.: C 08-00765 VRW**

WHEREAS, Plaintiffs Gym-Mark and The Gymboree Corporation and Defendant Only the Best (collectively, "the Parties") have entered a settlement agreement resolving the claims for relief asserted in the above-captioned action;

WHEREAS, the Parties agree that this lawsuit should be dismissed without prejudice; and

WHEREAS, the Parties have agreed and stipulated to the entry of this Order of Dismissal without Prejudice.

NOW THEREFORE, the Parties, by and through their counsel of record, agree and stipulate that this Order of Dismissal Without Prejudice shall be entered and this case shall be dismissed without prejudice.

Dated: June 18, 2008                    HELLER EHRMAN LLP

                                        By:   */s/ Annette L. Hurst*

                                        Attorneys for Plaintiffs Gym-Mark, Inc. and The Gymboree Corporation

Dated: May 29, 2008                     Dwyer Schraff Meyer Grant & Green

                                        By:   */s/ William G. Meyer* III

                                        Attorneys for Defendant Only the Best, Inc.

Heller
Ehrman LLP

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**
**Case No.: C 08-00765 VRW**

1    IT IS SO ORDERED.

2

3

4    DATED: _____          _____

5                                     The Honorable Vaughn R. Walker
                                       United States District Court Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Heller
Ehrman LLP

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**
**Case No.: C 08-00765 VRW**

1

ATTESTATION OF E-FILED SIGNATURE

2

I, Annette L. Hurst, attest that William G. Meyer, III has read and approved the

3

Stipulation and Order of Dismissal Without Prejudice.  I will maintain records of Mr.

4

Meyer's concurrence in our files that can be made available for inspection upon request.

5

6

/s/    *Annette L. Hurst*

7

Annette L. Hurst

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**
**Case No.: C 08-00765 VRW**

1

2

SF 1455721 v1
7/11/08 3:11 PM (23714.0082)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Heller
Ehrman LLP

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**
**Case No.: C 08-00765 VRW**

**EXHIBIT A**

ANNETTE L. HURST (Bar No. 148738)
ELISABETH R. BROWN (Bar No. 234879)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California  94104-2878
Telephone:  +1.415.772.6000
Facsimile:  +1.415.772.6268
Email:       Annette.Hurst@HellerEhrman.com
             Elisabeth.Brown@HellerEhrman.com

Attorneys for Plaintiffs GYM-MARK, INC.
and THE GYMBOREE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GYM-MARK, INC. and THE GYMBOREE CORPORATION,<br><br>                                    Plaintiffs,<br><br>     v.<br><br>ONLY THE BEST, INC. d/b/a CRAZY SHIRTS,<br><br>                                    Defendant. | Case No.: C 08-00765 VRW<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41** |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs Gym-Mark, Inc.

("Gym-Mark") and The Gymboree Corporation ("Gymboree") and Defendant Only the

Best, Inc. ("Only the Best"), by and through their respective counsel of record, stipulate

to the following:

6

WHEREAS, Plaintiffs Gym-Mark and The Gymboree Corporation and Defendant Only the Best (collectively, "the Parties") have entered a settlement agreement resolving the claims for relief asserted in the above-captioned action;

WHEREAS, the Parties agree that this lawsuit should be dismissed without prejudice; and

WHEREAS, the Parties have agreed and stipulated to the entry of this Order of Dismissal without Prejudice.

NOW THEREFORE, the Parties, by and through their counsel of record, agree and stipulate that this Order of Dismissal Without Prejudice shall be entered and this case shall be dismissed without prejudice.

Dated: June ___, 2008                    HELLER EHRMAN LLP


By: _____

Attorneys for Plaintiffs Gym-Mark, Inc. and The Gymboree Corporation

Dated: May _29_, 2008                    Dwyer Schraff Meyer Grant & Green


By: _____
William G. Meyer III

Attorneys for Defendant Only the Best, Inc.

7

IT IS SO ORDERED.


DATED: _____              _____

                                   The Honorable Vaughn R. Walker

                                   United States District Court Judge