IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GYM-MARK, INC and THE GYMBOREE CORPORATION,<br><br>          Plaintiffs,<br><br>          v<br><br>ONLY THE BEST, INC d/b/a CRAZY SHIRTS,<br><br>          Defendant.<br>_____/ | No | C 08-0765 VRW<br><br>ORDER |

On July 11, 2008, plaintiffs filed a notice of errata. The notice stated that, due to a typographical error, the parties' stipulation and order of dismissal without prejudice, Doc #7, contained the phrase "with prejudice" instead of "without prejudice" at page 2, line 14. Doc #9 at 1. The stipulation and order of dismissal without prejudice including the claimed error was signed by the undersigned and filed on June 18, 2008. Doc #8.

The notice of errata includes an exhibit described as a "corrected stipulation and order of dismissal without prejudice."

Doc #9 at 1. The signatures on the corrected stipulation and order are dated June 18, 2008 and May 29, 2008, Doc # 9-2 at 2, as were the signatures on the erroneous stipulation and order. This leads to the inference that when the error was discovered, plaintiffs' counsel simply changed "with prejudice" to "without prejudice" and submitted that altered stipulation. This will not do.

Counsel must submit a **single** stipulation, executed by all counsel with original signatures, electronic or in hand; signatures in counterparts are, of course, acceptable.

This problem aside, counsel should refer to FRCP 60(a).

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge